IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER WILLIAMS, Inmate #S-09036,**  )
)
**Plaintiff,** )
) CIVIL NO. 10-cv-617-JPG
vs. )
)
**UNKNOWN PARTY,** )
)
**Defendant.** )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On August 12, 2010, Plaintiff filed a civil rights complaint in this Court alleging Section 1983 violations against the defendant. Plaintiff was later released from incarceration, and was ordered by this Court on February 17, 2011, to pay an initial partial filing fee of $8.85, and to either pay the remaining balance of the filing fee or file a motion to proceed *in forma pauperis* with regard to the balance, all within 15 days of this Court's order. (Doc. 7) More than fifteen (15) days have since passed and the Plaintiff has not filed a motion to proceed *in forma pauperis*, nor has he paid any portion of the filing fee. As a result, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED. R. CIV. P. 41(b); *see generally, Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk's office is directed to close the file.

**IT IS SO ORDERED.**

**DATED: March 10, 2011**

*s/J. Phil Gilbert*
**United States District Judge**